(87 South. 842)

## LOUISVILLE & N. R. CO. v. JOHN W. O'NEILL CO. (6 Div. 37.)

(Supreme Court of Alabama. Nov. 25, 1920.)

Appeal from Circuit Court, Jefferson County; H. A. Sharpe, Judge.

Action by the John W. O'Neill Company against the Louisville & Nashville Railroad Company. Judgment for plaintiff, and defendant appeals. Transferred from Court of Appeals under section 6, Acts 1911, p. 449. Affirmed.

Tillman, Bradley & Morrow, of Birmingham, for appellant.

Frank S. White & Sons, of Birmingham, for appellee.

BROWN, J. The questions presented by the assignments of error in this case were consid-

ered and treated in the companion case of Louisville & Nashville Railroad Co. v. John W. O'Neill Co., 85 South. 482,[1] and were there determined against the appellant. The judgment of the circuit court will therefore be affirmed on the authority of that case.

Affirmed.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.